IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL BROWN,

          Plaintiff,                No. CIV S-05-0538 DFL JFM P

     vs.

R.L. CLARK, et al.,

          Defendants.         ORDER

_____/

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

       Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

/////

1    On October 28, 2005, plaintiff filed a request for a private investigator and expert

2  witnesses.  The expenditure of public funds on behalf of an indigent litigant is proper only when

3  authorized by Congress.  <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis

4  statute does not authorize the expenditure of public funds for private investigator and expert

5  witnesses.  <u>See</u> 28 U.S.C. § 1915.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  Plaintiff's October 28, 2005 request for the appointment of counsel is denied;

8  and

9    2.  Plaintiff's request for a private investigator and expert witnesses filed October

10  28, 2005 is denied.

11  DATED:   November 28, 2005.

12

13

14    UNITED STATES MAGISTRATE JUDGE

15  /kf:001

16  brow0538.31+

17

18

19

20

21

22

23

24

25

26