IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL BROWN,

      Plaintiff,                    No. CIV S-05-0538 DFL JFM P

   vs.

R. L. CLARK, et al.,

      Defendants.            <u>ORDER</u>

                               /

         Plaintiff, a state prisoner proceeding pro se, has filed three requests for extension of the deadlines set in this court's October 11, 2005 scheduling order. In the motions, plaintiff alleges that he is presently "on a lockdown" without access to the prison law library and is therefor unable to research how to proceed with discovery in this matter. Plaintiff has not included in his motions, however, any description of evidence relevant to his claims that he would seek through discovery.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's November 14, 2005 requests for extension of time are denied without prejudice.

DATED: December 6, 2005.

                                                   UNITED STATES MAGISTRATE JUDGE

12; brow0538.dis