1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RANDALL BROWN,

11            Plaintiff,              No. CIV S-05-0538 DFL JFM P

12        vs.

13   R. L. CLARK, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On December 15, 2005, plaintiff filed a document styled "Plaintiff's Motion

18   for Discovery Order."  The court construes this document as a discovery request.  Plaintiff is

19   again informed, <u>see</u> Order filed December 21, 2005, that court permission is not necessary for

20   discovery requests and that neither discovery requests served on an opposing party nor that

21   party's responses should be filed until such time as a party becomes dissatisfied with a response

22   and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery

23   requests between the parties shall not be filed with the court unless, and until, they are at issue.

24            On December 22, 2005, plaintiff filed a document styled "Plaintiff's Motion for

25   Scheduling Order."  There is no request for court action contained in this document and court

26   /////

records reflect that a scheduling order was filed herein on October 11, 2005.  Plaintiff's motion will be disregarded.

On March 2, 2006, plaintiff filed a motion to amend his complaint.  By this motion, plaintiff seeks to amend his prayer for relief in this action.  The motion is not, however, accompanied by a proposed amended complaint.  <u>Cf.</u> Local Rule 15-220 (requiring that all complaints be complete in themselves without reference to prior pleadings).  Plaintiff's motion to amend will be denied without prejudice.

Finally, the court notes that none of the aforementioned documents were served on defendants.   Plaintiff is advised that every document submitted to the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  <u>See</u> Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record.  <u>See</u> Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must include with every document filed in this action  a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's December 15, 2005 motion for discovery is construed as a discovery request and, so construed, shall be disregarded;

2.  Plaintiff's December 22, 2005 motion shall be disregarded; and

/////

/////

/////

/////

1          3.  Plaintiff's March 2, 2006 motion to amend is denied without prejudice.

2  DATED:  March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
brow0538.mos